# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARREN JOHNSON, | Case No. 2:14-CV-06346 AJW |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Complaint Filed: August 13, 2014 |
| Defendant. | |

Based upon the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:14-CV-06346 AJW, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: June 17, 2015

*/s/ Andrew J. Wistrich/*

Hon. Andrew J. Wistrich
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

143959.1

1

Case No. 2:14-CV-06346 AJW
[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE